**FILED**
March 1, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SEAN MICHAEL LILLER, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:13-mj-00067-CKD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sean Michael Liller</u>; Case <u>2:13-mj-00067-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    <u>X</u>    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    _    Unsecured Appearance Bond in the amount of $

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Supervised Release Conditions</u>, appear before Probation Department in Reno, NV on 3/4/2013 at 9:00 AM.

Issued at <u>Sacramento, CA</u> on 3/1/2013 at 3:15 pm

By _____
Carolyn K. Delaney
United States Magistrate Judge